DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PEDRO TORRES-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-0412 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE; |
| v. | ) | REQUEST FOR RESPONSE FROM COUNSEL |
| PEDRO TORRES-GOMEZ, | ) | Date: June 29, 2007 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference in the above- entitled matter now set for June 8, 2007, **may be continued to June 29, 2007, at 9:00 a.m.**

This continuance is requested by counsel for defendant to review pre-plea presentence report and negotiate case.

///
///
///
///
///
///
///

Stipulation to Continue Status
Conference; [Proposed] Order

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(1)F), (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: June 6, 2007                        By:   /s/   Dawrence W. Rice, Jr.
                                                         DAWRENCE W. RICE, JR.
                                                          Assistant U.S. Attorney
                                                          Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: June 6, 2007                        By:   /s/  Marc C. Ament
                                                         MARC C. AMENT
                                                          Assistant Federal Defender
                                                          Attorney for Defendant
                                                          PEDRO TORRES-GOMEZ


**ORDER**

AT THE LAST HEARING ON THIS CASE MORE THAN A MONTH AGO, THE REASON THE MATTER WAS CONTINUED WAS TO ACCOMPLISH THE SAME THING THAT IS BEING STATED AS THE REASON FOR THE CURRENTLY REQUESTED CONTINUANCE. PLEASE ADVISE THE COURT WHAT WAS ACCOMPLISHED DURING THE LAST THIRTY-PLUS DAYS. ONCE THE COURT HAS RECEIVED THAT INFORMATION, IT CAN RULE ON THE CURRENT REQUEST.

IT IS SO ORDERED.

**Dated:   June 6, 2007**                   **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE