DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PEDRO TORRES-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-0412 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) | |
| PEDRO TORRES-GOMEZ, | ) | Date:  June 29, 2007 |
| Defendant. | ) | Time:  9:00 a.m. |
|  | ) | Judge: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference in the above- entitled matter now set for June 8, 2007, **may be continued to June 29, 2007, at 9:00 a.m.**

This continuance is requested by counsel for defendant to review pre-plea presentence report and negotiate case.

///

///

///

Stipulation to Continue Status
Conference; [Proposed] Order

1  ///

2  ///

3  ///

4  ///

5        The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(1)F),

6  (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the

7  public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel

8  for the defendant the reasonable time necessary for effective preparation, taking into account the exercise

9  of due diligence.

10                                                  McGREGOR W. SCOTT
   United States Attorney

11

12 DATED: June 6, 2007                           By:  /s/  Dawrence W. Rice, Jr.
                                                           DAWRENCE W. RICE, JR.
13                                                         Assistant U.S. Attorney
                                                          Attorney for Plaintiff

14

15

16                                                    DANIEL J. BRODERICK
                                                      Federal Defender

17

18 DATED: June 6, 2007                          By:  /s/  Marc C. Ament
                                                          MARC C. AMENT
19                                                      Assistant Federal Defender
                                                        Attorney for Defendant
20                                                      PEDRO TORRES-GOMEZ

21

22

23                                                      **ORDER**

24 THE COURT HAS CONSIDERED THE ABOVE-STIPULATION, AS WELL AS DEFENSE

25 COUNSEL'S "RESPONSE TO ORDER RE STIPULATION TO CONTINUE STATUS

26 CONFERENCE."   GOOD CAUSE EXISTS, BOTH FOR THE CONTINUANCE AND THE

27 EXCLUSION OF TIME.  Time is excluded pursuant to 18 U.S.C. §§ 3161, subd. (h)(1)(F),  (h)(8)(A) and

28

Stipulation to Continue Status
Conference; [Proposed] Order                2

1  (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the
2  best interest of the public and the defendant in a speedy trial. THE MATTER IS CONTINUED TO JUNE
3  29, 2007 AT 9 A.M..

IT IS SO ORDERED.

**Dated:   June 7, 2007**                                      /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE